VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONA GELSINGER, an individual and GELSINGER LICENSING GROUP, INC., an Oregon corporation,<br><br>                Plaintiff,<br><br>        v.<br><br>SPECIAL T IMPORTS INC., a California corporation,<br><br>                Defendants. | Case No. 2:21-cv-02136-JAM-JDP<br><br>Hon. John A. Mendez<br><br>**ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS** |

**ORDER**

Having considered Plaintiffs Dona Gelsinger and Gelsinger Licensing Group, Inc. ("GLG," and together with Dona Gelsinger, "Plaintiffs") and Defendant Special T Imports Inc.'s ("Defendant" or "Special T") Joint Stipulation for Extension of Time to File Dispositional Documents, and all other papers filed in this proceeding, the Court hereby GRANTS the Parties' Joint Stipulation and extends the deadline for the Parties to file dispositional documents from April 7, 2022 to April 14, 2022.

**IT IS SO ORDERED.**

DATED: April 8, 2022        /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE