UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONA GELSINGER, an individual and GELSINGER LICENSING GROUP, INC., an Oregon corporation,<br><br>      Plaintiff,<br><br>    v.<br><br>SPECIAL T IMPORTS INC., a California corporation,<br><br>      Defendants. | Case No. 2:21-cv-02136-JAM-JDP<br><br>Hon. John A. Mendez<br><br>**ORDER GRANTING STIPULATED DISMISSAL** |

ORDER

**ORDER**

Having considered Plaintiffs Dona Gelsinger and Gelsinger Licensing Group, Inc. ("GLG," and together with Dona Gelsinger, "Plaintiffs") and Defendant Special T Imports Inc.'s ("Defendant" or "Special T") Stipulated Dismissal, and all other papers filed in this proceeding, the Court hereby GRANTS the Parties' Stipulated Dismissal and dismisses the action with prejudice with each Party to bear its own costs and fees.

**IT IS SO ORDERED.**

DATED: April 8, 2022        /s/ John A. Mendez
                            THE HONORABLE JOHN A. MENDEZ
                            UNITED STATES DISTRICT COURT JUDGE